1038

THE STATE OF WASHINGTON, *on the relation of The Public Disclosure Commission, Respondent*, v. PERMANENT OFFENSE ET AL., *Defendants*, SUZANNE KARR, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-08212-1, Linda C. Krese, J., entered July 12, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Schindler, J. Now published at 136 Wn. App. 277.

THE STATE OF WASHINGTON, *Respondent*, v. MARK DAVID HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00939-4, James H. Allendoerfer, J., entered June 23, 2005. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JAKE LEAVITT SMART, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01080-7, Steven J. Mura, J., entered July 12, 2005. *Affirmed* by unpublished per curiam opinion.

BARNETT & LIM ASSOCIATES, *Appellant*, v. THE CITY OF FEDERAL WAY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-34401-8, Douglas D. McBroom, J., entered August 26, 2005. *Reversed* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Cox and Schindler, JJ.